UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA LESCHINSKI, as Personal Representative of the Estate of Joseph Leschinski,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF CANTON, et al.,<br><br>Defendants. | Case No. 24-cv-10012<br><br>Honorable Robert J. White |

### ORDER GRANTING THE WELLPATH DEFENDANTS' MOTION TO PARTIALLY DISMISS THE SECOND AMENDED COMPLAINT

Rebecca Leschinski commenced this 42 U.S.C. § 1983 wrongful death action on behalf of her husband's estate. She names, among others, Wellpath, LLC and its employees Jessica Candace-Ebony-Davis, Clarisse Carter, Charletta Dennis, Lilian Ekechukwu, Timothy Hayes, and Angela R. Latham as party defendants (the "Wellpath Defendants"). The second amended complaint alleges that the Wellpath Defendants failed to treat Leschinki's husband's withdrawal from severe alcohol intoxication at the Wayne County jail in violation of the Fourteenth Amendment to the United States Constitution.

Before the Court is the Wellpath Defendants' unopposed motion to partially dismiss the second amended complaint. (ECF No. 80).  The Court will decide the motion without a hearing pursuant to E.D. Mich. LR 7.1(f)(2).

On November 11, 2024, Wellpath filed a voluntary petition for chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas. (ECF No. 77-1).  The bankruptcy court stayed any lawsuits against Wellpath's "current or former employees to the extent the Debtors are also named defendants in the underlying lawsuit . . . until the earlier of (a) the effective date of a confirmed chapter 11 plan; (b) dismissal of the chapter 11 cases of the Debtors; or (c) April 30, 2025." (ECF No. 78-1, PageID.1226, ¶ 1).

That court confirmed the chapter 11 plan on May 1, 2025. (ECF No. 80-1). The confirmation order specifies that any "Holder of a Claim against or Interest in the Debtors" who did not opt out of the Confirmation Plan or object to the Plan's Third-Party Release is "deemed to have expressly, unconditionally, generally, individually, and collectively consented to the release and discharge of all Claims and Causes of Action against the Debtors and the Released Parties." (*Id.*, PageID.1271-72, ¶ V.4.b).

Since Leschinski does not oppose the Wellpath Defendants' motion to dismiss the second amended complaint based upon the chapter 11 plan's discharge provision,

2

and because she does not represent that she opted out of the chapter 11 plan or objected to the third-party release, it is hereby,

ORDERED that the Wellpath Defendants' unopposed motion to partially dismiss the second amended complaint (ECF No. 80) is granted.

IT IS FURTHER ORDERED that ECF Nos. 51, 54, 55, and 78 are denied as moot.

IT FURTHER ORDERED that the Clerk of the Court is directed to terminate Wellpath, LLC, Jessica Candace-Ebony-Davis, Clarisse Carter, Charletta Dennis, Lilian Ekechukwu, Timothy Hayes, and Angela R. Latham as party defendants to this action.

Dated: September 16, 2025            s/ Robert J. White
                                     Robert J. White
                                     United States District Judge

3